UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRITTANY WILLIAMS,

    Plaintiff,

v.                                         CASE NO. 8:23-cv-2537-CEH-TGW

STATE OF FLORIDA,

    Defendant.
_____/

**ORDER**

Before the Court is Plaintiff's Motion to Reconsider (Doc. 6), which the Court construes as a motion to alter or amend the order dismissing this action under Rule 59(e), Fed.R.Civ.P. "The only grounds for granting [a Rule 59] motion are newly discovered evidence or manifest errors of law or fact." *Arthur v. King*, 500 F.3d 1335, 1343 (11th Cir. 2007) (quoting *In re Kellogg*, 197 F.3d 1116, 1119 (11th Cir. 1999)).

Plaintiff neither presents newly-discovered evidence nor demonstrates that the Court committed a manifest error of law or fact in dismissing her complaint under 28 U.S.C. § 1915(g). Thus, Plaintiff fails to provide good cause for this Court to alter or amend the order dismissing this action. Accordingly, the motion (Doc. 6) is **DENIED**.

**ORDERED** in Tampa, Florida on December 6, 2023.

Charlene Edwards Honeywell
United States District Judge

Copy to: Plaintiff, *pro se*